# EXHIBIT A
## Plaintiff's Clarity Report dated June 13, 2022

## Clarity Report for OEHLWEIN, DAN

6/13/2022

### Consumer

**Name**
OEHLWEIN, DAN

**Address**
[redacted]

**Reference Number**
[redacted]

### Current

| | | | |
|---|---|---|---|
| **Account #:** | [redacted] | **Company:** | Arrowhead Advance |
| **Account Type:** | Online Installment Loan | **Credit Limit:** | |
| **Ownership:** | Individual | **Current Loan Amount:** | $700 |
| **Number of Payments:** | 14 | **Current Balance:** | $780 |
| **Payment Frequency:** | Semimonthly Only | **Past Due:** | $0 |
| **Open Date:** | 2/27/2019 | **Actual Payment:** | $0 |
| **First Due Date:** | 3/15/2019 | **Next Payment Amount:** | $0 |
| **Last Update Date:** | 9/11/2020 | **Status:** | Charge-Off |
| **Delinquency Date:** | 5/31/2019 | **Closed Date:** | 7/16/2019 |
| **Payment History:** | +-------- | **Closed Status:** | |
| **Comment:** | | | |
| **Consumer Dispute:** | | | |

### Historical

| | | | |
|---|---|---|---|
| **Original Account Type:** | Online Installment Loan | **Original Loan Amount:** | $700 |
| **First Payment Date:** | | **First On-Time Payment Date:** | |
| **Last Payment Date:** | | **Last On-Time Payment Date:** | |
| **Total Late Payments:** | 0 | **Collections (#):** | 0 |
| **Amount of Late Payments:** | $0 | **Total Collections:** | $0 |
| **Total Days Late:** | 0 | **Days in Collections:** | 0 |
| **Longest Late Payment:** | 0 | **Last Collection Date:** | |
| **Charged Off Date:** | 7/16/2019 | **Worst Payment Status:** | Charge-Off |
| **Charge Off Amount:** | $780 | **First Closed Date:** | 7/16/2019 |

Page **31** of **37**

# EXHIBIT B
## Arrowhead Example Installment Loan Rates and Payment Schedules



# EXHIBIT B
## Arrowhead Example Installment Loan Rates and Payment Schedules



# EXHIBIT B
## Arrowhead Example Installment Loan Rates and Payment Schedules

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE |
|---|---|
| The cost of Your credit as a yearly rate. | The dollar amount the credit will cost you. |
| 776.36% | $856.25 |
| **Amount Financed** | **Total of Payments** |
| The amount of credit provided to You or on Your behalf. | The amount You will have paid after making all payments as scheduled. |
| $250.00 | $1,106.25 |

| Number of payments | When payments are due | Total payment | Early payoff amount | You save |
|---|---|---|---|---|
| 1 | 7/14/2017 | 79.01 | 329.01 | 777.24 |
| 2 | 7/28/2017 | 79.01 | 329.01 | 698.23 |
| 3 | 8/11/2017 | 79.01 | 327.69 | 620.54 |
| 4 | 8/25/2017 | 79.01 | 323.28 | 545.94 |
| 5 | 9/8/2017 | 79.01 | 317.55 | 472.66 |
| 6 | 9/22/2017 | 79.01 | 310.10 | 401.10 |
| 7 | 10/6/2017 | 79.01 | 300.42 | 331.77 |
| 8 | 10/20/2017 | 79.01 | 287.83 | 265.35 |
| 9 | 11/3/2017 | 79.01 | 271.47 | 202.70 |
| 10 | 11/17/2017 | 79.01 | 250.20 | 144.96 |
| 11 | 12/1/2017 | 79.01 | 222.55 | 93.60 |
| 12 | 12/15/2017 | 79.01 | 186.60 | 50.54 |
| 13 | 12/29/2017 | 79.01 | 139.87 | 18.26 |
| 14 | 1/12/2018 | 79.12 | 79.12 | 0.00 |

# EXHIBIT C
## Arrowhead Domain Registration

```
Domain Name: ARROWHEADADVANCE.COM
Registry Domain ID: 1853137461_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-04-02 16:05:16
Creation Date: 2014-04-02 16:05:16
Registrar Registration Expiration Date: 2015-04-02 16:05:16
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Terry Wall
Registrant Organization: Worldwide Analytics
Registrant Street: 650 Naamans Rd
Registrant Street: Suite 300
Registrant City: Claymont
Registrant State/Province: Delaware
Registrant Postal Code: 19703
Registrant Country: United States
Registrant Phone: +1.2679712892
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: twall@wwanalytics.com
Registry Admin ID:
Admin Name: Terry Wall
Admin Organization: Worldwide Analytics
Admin Street: 650 Naamans Rd
Admin Street: Suite 300
Admin City: Claymont
Admin State/Province: Delaware
Admin Postal Code: 19703
Admin Country: United States
Admin Phone: +1.2679712892
```

# EXHIBIT C
## Arrowhead Domain Registration

```
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: twall@wwanalytics.com
Registry Tech ID:
Tech Name: Terry Wall
Tech Organization: Worldwide Analytics
Tech Street: 650 Naamans Rd
Tech Street: Suite 300
Tech City: Claymont
Tech State/Province: Delaware
Tech Postal Code: 19703
Tech Country: United States
Tech Phone: +1.2679712892
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: twall@wwanalytics.com
Name Server: NS29.DOMAINCONTROL.COM
Name Server: NS30.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

# EXHIBIT D
## Trans Union Inquiry Example

