# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **Daniel Oehlwein,** *Plaintiff,* v. **LJP Consulting LLC, Alonzo J. Primus, Bret Allen Crandall, Unknown Companies 1-10,** *and* **Unknown ACH Processor** | Case Number: 8:22-cv-2285 |

## NOTICE OF LEAD COUNSEL DESIGNATION

Notice is hereby given that Carolyne Moomaw, Esq., from the law firm of Seraph Legal, P.A., will appear as lead trial counsel on behalf of the Plaintiff in this matter. Please forward copies of all filings on the undersigned counsel as follows:

Primary Email Address: CMoomaw@seraphlegal.com

Dated: October 5, 2022.

        **SERAPH LEGAL, P. A.**
        /s/ *Carolyne Moomaw*
        Carolyne Moomaw, Esq.
        Florida Bar Number: 21889
        cmoomaw@seraphlegal.com
        1614 N. 19th St.
        Tampa, FL 33605
        Tel: 813-321-2349
        Fax: 855-500-0705
        *Counsel for Plaintiff*

[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]

## CERTIFICATE OF SERVICE

      I hereby certify that on **October 5, 2022**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, through which a copy was served via e-notice to counsel for all Parties and with the Complaint.

                                                         */s/ Carolyne Moomaw*
                                                         Carolyne Moomaw, Esq.
                                                         Florida Bar Number: 21889