# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**Daniel Oehlwein,**

    *Plaintiff,*

  v.

**LJP Consulting LLC, Alonzo J. Primus, Bret Allen Crandall, Unknown Companies 1-10,** *and* **Unknown ACH Processor,**

    *Defendants.*

Case Number: 8:22-cv-2285

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), Plaintiff hereby certifies that the instant action:

☐     IS related to pending or closed civil or criminal cases previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

☒     IS NOT related to any pending or closed civil or criminal cases filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated October 5, 2022,

        **SERAPH LEGAL, P. A.**
        /s/ *Carolyne Moomaw*
        Carolyne Moomaw, Esq.
        Florida Bar # 21889
        cmoomaw@SeraphLegal.com
        1614 N. 19th St.
        Tampa, FL 33605
        Tel: 813-321-2349
        Fax: 855-500-0705
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2022 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice to counsel for all parties and with the Complaint.

        /s/ *Carolyne Moomaw*
        Carolyne Moomaw, Esq.
        Florida Bar # 21889