UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **Daniel Oehlwein**, <br><br> *Plaintiff*, <br><br> v. <br><br> **LJP Consulting LLC, Alonzo J. Primus, Bret Allen Crandall, Unknown Companies 1-10,** *and* **Unknown ACH Processor,** <br><br> *Defendant*. | Case No.: 8:22-cv-02285-MSS-AAS |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, the Plaintiff, **Daniel Oehlwein**, by and through the undersigned counsel, and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and herein states as follows:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- **Daniel Oehlwein**, Plaintiff
- **Carolyne Moomaw** of **Seraph Legal, P.A.**, Counsel for Plaintiff
- **LJP Consulting LLC**, Defendant
- **Alonzo J. Primus**, Defendant

- **Bret Allen Crandall**, Defendant

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **None known at this time.**

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases:

   **None known at this time**

4) The name of each individual victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   **Daniel Oehlwein**

I hereby certify that, except as disclosed above, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

   Dated October 6, 2022.

                                              **SERAPH LEGAL, P. A.**
                                              /s/ *Carolyne Moomaw*
                                              Carolyne Moomaw, Esq.
                                              Florida Bar # 21889
                                              cmoomaw@SeraphLegal.com
                                              1614 N. 19th St.
                                              Tampa, FL 33605
                                              Tel: 813-321-2349
                                              Fax: 855-500-0705
                                              *Counsel for Plaintiff*

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 6, 2022 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice to counsel for all parties and with the Complaint.

                                            /s/ *Carolyne Moomaw*
                                            Carolyne Moomaw, Esq.
                                            Florida Bar # 21889