AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Daniel Oehlwein<br>*Plaintiff(s)*<br>v.<br>LJP Consulting LLC, Alonzo J. Primus, Bret Allen Crandall, Unknown Companies 1-10, and Unknown ACH Processor<br>*Defendant(s)* | Civil Action No. 8:22-cv-02285-MSS-AAS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Bret Allen Crandall
1707 Randall Dr.
Solon, IA 52333

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carolyne Moomaw, Seraph Legal, P.A.
1614 N 19th Street
Tampa, FL 33605
813-321-2349
cmoomaw@seraphlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lisa Silvia

Date: October 7, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Daniel Oehlwein <br> *Plaintiff(s)* <br> v. <br> LJP Consulting LLC, Alonzo J. Primus, Bret Allen Crandall, Unknown Companies 1-10, and Unknown ACH Processor <br> *Defendant(s)* | Civil Action No. 8:22-cv-02285-MSS-AAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LJP Consulting LLC
c/o Harvard Business Services
16192 Costal Highway
Lewes, DE 19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carolyne Moomaw, Seraph Legal, P.A.
1614 N 19th Street
Tampa, FL 33605
813-321-2349
cmoomaw@seraphlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Lisa Silvia

Date: October 7, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Daniel Oehlwein <br> *Plaintiff(s)* <br> v. <br> LJP Consulting LLC, Alonzo J. Primus, Bret Allen Crandall, Unknown Companies 1-10, and Unknown ACH Processor <br> *Defendant(s)* | Civil Action No. 8:22-cv-02285-MSS-AAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alonzo J. Primus
9909 Via Bernini
Lake Worth, FL 33467

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carolyne Moomaw, Seraph Legal, P.A.
1614 N 19th Street
Tampa, FL 33605
813-321-2349
cmoomaw@seraphlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Lisa Silvia

Date: October 7, 2022

*Signature of Clerk or Deputy Clerk*