IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **DANIEL OEHLWEIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case #: 8:22-cv-02285-MSS-AAS |
| | ) |
| **LPJ CONSULTING, LLC, ALONZO J.** | ) |
| **PRIMUS, BRET ALLEN CRANDALL,** | ) |
| **UNKNOWN COMPANIES 1-10, AND** | ) |
| **UNKNOWN ACH PROCESSOR,** | ) |
| | ) |
| **Defendants.** | |

UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Bret Allen Crandall ("Defendant"), by and through his undersigned counsel, and with the consent of Plaintiff Daniel Oehlwein ("Plaintiff") pursuant to Fed. R. Civ. P. 6(b)(1)(A), submits this Unopposed Motion for an Extension of Time to File Responsive Pleading up to and including January 3, 2023, within which Defendant is to file his answer or otherwise respond to Plaintiff's Complaint. In support thereof, Defendant states as follows:

1. Plaintiff filed his Complaint on or around October 5, 2022. (Dkt. No. 1.)

2. Defendant was served on or around November 11, 2022, making his responsive pleading due December 2, 2022.

1

3. The undersigned was recently retained in this matter and is still reviewing and investigating the claims in the Complaint.

4. Defendant respectfully requests an extension of time of thirty (30) days, through and including, January 3, 2023, to respond to the Complaint so that he may fully analyze the factual and legal issues in the Complaint.

5. The extension will not prejudice any party.

6. In accordance with Local Rule 3.01(g), counsel for Defendant contacted counsel for Plaintiff who advised that their client approves the requested extension.

7. Accordingly, Defendant respectfully requests that this Court grant this Motion and provide an extension up to and including January 3, 2023, to file a response to the Complaint.

WHEREFORE, Defendant Bret A. Crandall respectfully requests that the Court enter an order providing Mr. Crandall up to and including January 3, 2023 to file a response to the Complaint, and for such other and further relief as this Court deems just and proper.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), the undersigned certifies that Counsel for Defendant conferred with counsel for Plaintiff regarding this Motion, and counsel for Plaintiff consents to the relief requested herein.

Date: December 2, 2022               Respectfully submitted,

*/s/ Gillian D. Williston*
Gillian Williston, Esq. (Bar No. 14270)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7517
Facsimile: (757) 687-7510
Gillian.Williston@troutman.com

*Counsel for Defendant Bret A. Crandall*

## CERTIFICATION AND CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, this *Unopposed Motion for an Extension of Time to File Responsive Pleading* was electronically filed with the Clerk of Court using the CM/ECF electronic filing system, which will then send a notification of such filing to counsel of record.

/s/ *Gillian D. Williston*
Gillian D. Williston

*Counsel for Defendant*