UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **Daniel Oehlwein,** *Plaintiff,* v. **LJP Consulting LLC, Alonzo J. Primus, Bret Allen Crandall, Unknown Companies 1-10,** *and* **Unknown ACH Processor**, *Defendants.* | Case No.: 8:22-cv-02285-MSS-AAS |

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, **Daniel Oehlwein**, pursuant to Local Rule 3.09, to notify this Court that the Plaintiff and Defendants, **LJP Consulting LLC, Alonzo J. Primus, Bret Allen Crandall, Unknown Companies 1-10,** and **Unknown ACH Processor,** have reached a settlement as to all pending claims in this case.

Dated December 30, 2022

**SERAPH LEGAL, P. A.**
*/s/ Carolyne Moomaw*
Carolyne Moomaw, Esq.,
Florida Bar # 21889
1614 N. 19th St.
Tampa, FL 33605
Tel: 813-567-1230
*Attorneys for Plaintiff*

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendants, via e-notice.

               */s/ Carolyne Moomaw*
               Carolyne Moomaw, Esq.,
               Florida Bar # 21889