# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **Daniel Oehlwein,** *Plaintiff,* v. **LJP Consulting LLC, Alonzo J. Primus, Bret Allen Crandall, Unknown Companies 1-10,** *and* **Unknown ACH Processor**, *Defendants*. | Case No.: 8:22-cv-02285-MSS-AAS |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action with prejudice, effective February 23, 2023, each party to bear its own costs and attorneys' fees.

Respectfully submitted on February 23, 2023.

/s/ *Carolyne Moomaw*
Carolyne Moomaw, Esq.
Florida Bar Number: 21889
cmoomaw@seraphlegal.com
Seraph Legal, P. A.
1614 N. 19th St.
Tampa, FL 33605
(813) 321-2349
*Counsel for Plaintiff*

[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2023, a copy of the foregoing was filed electronically via the CM/ECF System and served via e-Notice to all counsel of record.

                                                                                       */s/ Carolyne Moomaw*
                                                                                       Carolyne Moomaw, Esq.
                                                                                       Florida Bar Number: 21889