UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DANIEL OEHLWEIN,**

    **Plaintiff,**

**v.**                               Case No: 8:22-cv-2285-MSS-AAS

**LJP CONSULTING LLC, ALONZO J. PRIMUS, BRET ALLEN CRANDALL, UNKNOWN COMPANIES 1-10 and UNKNOWN ACH PROCESSOR,**

    **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Dismissal with Prejudice, (Dkt. 11), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. This case shall remain **CLOSED**.

**DONE and ORDERED** in Tampa, Florida this 17th day of March 2023.

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party